# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RONNIE DOMINIQUE

NO. 2022 KW 1075

**DECEMBER 22, 2022**

---

In Re:    Ronnie Dominique, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 577982.

---

**BEFORE: McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

   **WRIT DENIED.**

                     JMM
                     PMc
                     GH

COURT OF APPEAL, FIRST CIRCUIT

_a.s~_
DEPUTY CLERK OF COURT
   FOR THE COURT